FILED
December 28, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003171006

THOMAS O. GILLIS, SBN 40186
ATTORNEY AT LAW
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA 95354
TEL (209)575-3116
FAX (209)575-5956

Attorney for Debtors
JAVIER and CARINA HINOJOSA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:                                          CASE NO. 10-64121
                                                CHAPTER 13
    JAVIER HINOJOSA and
    CARINA HINOJOSA,                        DCN-TOG-1

                Debtors.          DATE: February 1, 2011
                                                TIME: 9:00 a.m.
                                                PLACE: U.S. Bankruptcy Court
_____/                         2500 Tulare St., 5th Fl., Rm.#11
                                                       Fresno, CA  93721

## MOTION TO VALUE COLLATERAL-
## (NOTE AND SECOND MORTGAGE HELD BY HSBC)

      Debtors, Javier and Carina Hinojosa, by and through Thomas O. Gillis, their attorney of record, move the Court to value the collateral securing Debtor's indebtedness to **HSBC**, to wit, **debtors' second deed of trust** on the real property located at **11177 Mesquite Circle, Armona, California 93202.** This motion is based on the following:

1. The **Debtor values the collateral at $90,000** (see Declaration of Debtor filed herein).

2. **First Mortgage: CitiMortgage** holds a note on said property secured by a valid Deed of Trust. The balance of the note is approximately **$119,600.**

3. **Second Mortgage: HSBC** has recorded a Deed of Trust securing a note for approximately **$29,600.** Said Deed of Trust was recorded after the Deed of Trust referred to supra.

4. The holder of the senior Deed of Trust referred to in #2 is owed an amount exceeding the value of the property by **$29,600,** leaving no equity to secure the second Deed of Trust referred to in #3 supra.

Wherefore, **debtors pray** that the Court **determine the debt of HSBC** to be **wholly unsecured,** and classify the holder of that debt as a general unsecured creditor.

Based on the foregoing, Debtors respectfully request that this motion be granted.

Dated: December 28, 2010

_____
THOMAS O. GILLIS
ATTORNEY AT LAW